## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                    CASE NO. 4:23-CR-00276-BSM 2-12, 14-27, 29-42

KEITH WAYNE BROWN, et al.                                                DEFENDANTS

## <u>ORDER</u>

Defendant Joshua Armund Delaney [Doc. No. 636] and Ario Decleo Stephens's [Doc. No. 638] unopposed motion to continue the April 7, 2025 trial are granted. Because no severance has been granted, the motion is granted as to Joshua Armund Delaney and Ario Decleo Stephens and co-defendants Antoinen Dion Hampton, Donald Ray Spencer, Marcus Christopher Hargrove, Reginald Tremayne Jackson, Vernon Wade Baloney, Jr., Edwin Donta Burks, Nicklaus Ramone Franklin, Louis Johnson, III, Nathan Lionel Kibble, Fernando Riascos, Jr., Daron Bernard Livingston, Jaiden Emmitt Fowler, Joshua Jayvonne Griffin, Cierra Yvonne Jackson, Jasmane Lanice Lincoln, Kerry Lewis Walker, Joseph Takeem Nova Jones, James Glen Turk, Dontae Eugene Lewis, Louis Dickerson, Jr., Jonathan Marijahlee Williams, Christopher John Closure, Redrick Dewayne Jackson, Paul Roosevelt Banks, Carl Anthony Brooks, Jr., Chazz Eugene Davis, Torrey Jones, Kimia Tranese Ratcliff, Markeesha Kenya Hampton, Thristian Davonte Duplechin, Keyia Rochelle Thomas, Jasmine Shanee Howard, James Dionte Hood, Isaiah Dale Duncan, Jaevion Armond Hackett, Shaun Kardover Lewis, Jr., and Alvin Bernard Whidby, II.

Failure to grant a continuance would deny defendants reasonable time for effective preparation, taking into account the exercise of due diligence.   Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendants' interest in a speedy trial. The trial is continued to the week of September 22, 2025, at 9:30 a.m. in Little Rock Courtroom 2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 11th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE

2